JOSEPH P. SAMPSON, RESPONDENT, *v.* THE BUFFALO, NEW YORK AND PHILADELPHIA RAILWAY COMPANY, APPELLANT.

*Mechanic's lien — Evidence of filing notice.*

A copy of a notice of mechanic's lien, in which the signatures are not proved or acknowledged, is not, though certified by the county clerk, admissible as evidence of the due filing of the proper notice of lien.

Whether, if the notice of lien were proved or acknowledged, a certified copy would be evidence, *quere.*

Appeal from a judgment in favor of the plaintiff, entered on the report of a referee.

This action was brought to enforce a mechanic's lien for work done and materials furnished in the construction of a bridge on the appellant's railroad. The court was of opinion that the evidence did not justify the findings of fact made by the referee, and that a certified copy of the notice of lien was improperly received in evidence.

*Franklin D. Locke,* for the appellant.

*S. S. Spring,* for the respondent.

Opinion by E. D. Smith, P. J.

Present — E. D. Smith, P. J., Talcott and Gilbert, JJ.

Judgment reversed; new trial ordered; costs to abide event.